IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE W. HARRIS, | ) | 8:14CV321 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER CORRECTIONAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

On March 2, 2015, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of May, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge